**Opinion issued March 26, 2024**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-23-00613-CV

———————————

## IN RE STEWART J. GUSS & ASSOCIATES, PLLC AND EVETTE HOOPER, Relators

———————————

### Original Proceeding on Petition for Writ of Mandamus

———————————

## MEMORANDUM OPINION

Relators, Stewart J. Guss & Associates, PLLC and Evette Hooper, filed an "Amended Petition for Writ of Mandamus"[1] challenging the trial court's August 22, 2023 order denying their "Plea to the Jurisdiction, and, in the Alternative, Plea in

---

[1] Relators initially filed a petition for writ of mandamus on August 22, 2023, prior to the trial court issuing an order denying their "Plea to the Jurisdiction, and, in the Alternative, Plea in Abatement." On September 7, 2023, relators filed an "Amended Petition for Writ of Mandamus," challenging the trial court's August 22, 2023 order.

Abatement," in the underlying legal malpractice lawsuit brought by real parties in interest, Jasleen Minhas, individually and as next friend of M.M. and J.M., minors, and Dharampal Minhas (collectively, the "real parties").[2] Relators requested that the "Court grant [their] Petition for Writ of Mandamus, order [the trial court] to vacate its August 22, 2023 ruling denying [r]elators' pleas to the jurisdiction and pleas in abatement, and order [the trial court] to enter an order dismissing or abating [real parties'] claims."

Our review of relators' amended mandamus petition reflects that relators have failed to establish that they are entitled to mandamus relief. Accordingly, we deny relators' amended petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.

---

[2] The underlying case is *Jasleen Minhas, as Next Friend of M.M. and J.M., Minors, and Dharampal Minhas*, Cause No. 2022-40947, in 164th District Court of Harris County, Texas, the Honorable C. Elliott Thornton presiding.